## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO. 6:25-cr-46-JA-NWH**

**JERMAUREY JOSHUA AARON BONNER**

AUSA: Brandon Cruz/Kara Wick

Defense Attorney: Aziza Hawthorne/Joshua Lukman, Federal Public Defender

| JUDGE: | **JOHN ANTOON II**<br>United States District Judge<br><br>6B | DATE AND TIME:<br><br>TOTAL TIME: | **October 1, 2025**<br>9:39 A.M. – 9:40 A.M.<br>11:39 A.M. – 11:57 A.M.<br>1:55 P.M. – 2:00 P.M.<br>3:51 P.M. – 3:57 P.M.<br><br>**30 minutes** |
| --- | --- | --- | --- |
| Courtroom: | | | |
| DEPUTY CLERK: | Keitra Davis | REPORTER: | Nikki Peters<br>courttranscripts@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |

### CLERK'S MINUTES
### JURY TRIAL (DAY THREE)

9:12 a.m.      The jury returns to deliberation.

9:39 a.m.      Court called to order. The Court addresses matters with the parties.

9:40 a.m.      Court in recess.

11:39 a.m.     Court resumes.

11:41 a.m.     The jury enters the courtroom.

11:42 a.m.     Sidebar. The Court addresses matters with the parties.

11:42 a.m.     The Court addresses matters with the jurors regarding lunch.

11:44 a.m.     The jury exits the courtroom. The Court addresses matters with the parties.

| | |
|---|---|
| 11:55 a.m. | The jury enters the courtroom. The Court addresses the jurors regarding ordering lunch. The jury exits the courtroom to return to deliberation. |
| 11:56 a.m. | The Court addresses matters with the parties. |
| 11:57 a.m. | Court in recess. The Court instructed jury staff to order lunches for the deliberating jurors. |
| 1:55 p.m. | Court resumes. The Court addresses matters with the parties. |
| 1:58 p.m. | The jury enters the courtroom. The Court addresses matters with the jurors regarding the lateness of lunch. The jury indicated they still want pizza. |
| 1:59 p.m. | The jury exits the courtroom and returns to deliberation. |
| 2:00 p.m. | The Court addresses matters with the parties. Court in recess. |
| 3:51 p.m. | Court resumes. The jury reaches a verdict. |
| 3:52 p.m. | The jury enters the courtroom, and the foreperson delivers the verdict form to the Court. |
| 3:53 p.m. | Verdict of Not Guilty as to Count One of the Indictment is read. The jury was polled. |
| 3:53 p.m. | The Court informs the defendant that the jury has found him not guilty. The USMS is to release the defendant after he returns to incarceration to be out-processed. The Court addresses the jury and thanks them for their service. |
| 3:56 p.m. | The jury exits the courtroom. The Court addresses matters with the parties. The Judgment of Acquittal is signed in open court. |
| 3:57 p.m. | Court is adjourned. |