UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.   CASE NO. 6:25-cr-46-JA-NWH

**JERMAUREY JOSHUA AARON BONNER**

___

### JUDGMENT OF ACQUITTAL

This action came before the Court for a trial by jury held on September 29, 2025, through October 1, 2025. The issues, having been tried, and the jury having rendered a verdict of not guilty as to Count One of the Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant is hereby acquitted of Count One of the Indictment.

**DONE AND ORDERED** in Orlando, Florida on October 1, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Counsel for Defendant