# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                               CASE NO. 6:25-cr-46-JA-NWH

JERMAUREY JOSHUA AARON BONNER

## ORDER

The oral motions for acquittal (Doc. 86; Doc. 87) made by Defendant Jermaurey Joshua Aaron Bonner during trial are **DENIED as moot**. The jury found Defendant not guilty, and a Judgment of Acquittal (Doc. 91) has been entered.

**DONE** and **ORDERED** on November 7, 2025.

                                     JOHN ANTOON II
                                     United States District Judge

Copies furnished to:
United States Attorney
Jermaurey Joshua Aaron Bonner